Nick A. Ortiz (Cal. Bar No. 217489)
nick@ortizlawfirm.com
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL 32502
(850) 308-7833 (T)
(850) 208-3613 (F)
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT BORDEN,<br><br>Plaintiff,<br>v.<br><br>ZURICH AMERICAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.:<br><br>**COMPLAINT** |

COMES NOW the Plaintiff, Robert Borden, by and through the undersigned attorneys, and files this Complaint stating a cause of action against Defendant, ZURICH AMERICAN LIFE INSURANCE COMPANY, and alleges as follows:

1. This is an action for recovery of benefits under employee welfare benefit plans brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

2. Plaintiff, Robert Borden, is an adult resident citizen of Los Angeles County, California.

3. Defendant, ZURICH AMERICAN LIFE INSURANCE COMPANY (hereinafter “ZURICH AMERICAN”), is a foreign corporation authorized to engage and engaging in business within the State of California.

4. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

## COUNT I – BREACH OF CONTRACT

5. Plaintiff and/or his employer, Northrop Grumman Corporation, purchased through his employer a contract of salary continuance insurance including long term disability (LTD) benefits (hereinafter “the LTD Plan”) issued by defendant ZURICH AMERICAN, effective January 1, 2019 (Policy Number CLPEX01084).

6. At all times material to this Complaint, the LTD Plan was in full force and effect and Plaintiff was an LTD Plan participant.

7. Defendant, ZURICH AMERICAN, is in possession of all master LTD Plan documents.

8. On or about August 26, 2021, Plaintiff became totally disabled from his past employment as defined by the LTD Plan, due to his status post fractured left humerus, right shoulder replacement, and other exertional and non-exertional impairments.

9. Plaintiff made a timely application for disability benefits under the LTD Plan.

10. Defendant ZURICH AMERICAN or its agents initially approved Plaintiff’s claim for LTD Plan benefits and benefits were paid from March 3, 2022 to March 2, 2024.

11. On or about February 12, 2024, Plaintiff’s LTD Plan benefits were terminated by Defendant or its agents, effective March 3, 2024.

12. On or about August 9, 2024, Plaintiff appealed said termination of LTD Plan benefits.

13. On or about August 16, 2024, Defendant ZURICH AMERICAN acknowledged receipt of Plaintiff’s appeal.

14. On or about September 19, 2024, Defendant ZURICH AMERICAN or its agents upheld its previous decision to deny Plaintiff’s claim for LTD Plan

benefits.

15. Plaintiff continues to remain totally disabled from employment, as defined by the LTD Plan, due to his status post fractured left humerus, right shoulder replacement, and other exertional and non-exertional impairments.

16. Plaintiff has exhausted all administrative remedies afforded by the LTD Plan and has otherwise complied with all conditions precedent to this action.

17. Each of the Defendant ZURICH AMERICAN's denials of Plaintiff's claims for LTD Plan benefits derogated Plaintiff's right to disability benefits under the terms of the LTD Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all LTD Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action, and all other relief deemed just and proper by the Court.

Dated: 3/6/25

*/s/ Nick A. Ortiz*
Nick A. Ortiz, Esq.
Attorney for Plaintiff